JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MICHAEL PAUL BARBER, <br>     Plaintiff, <br> vs. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br>     Defendant. | ) Case No. 5:21-cv-00241-JDE <br> ) <br> ) JUDGMENT OF REMAND <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

    The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (Dkt. 21, "Stipulation to Remand"),

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: February 14, 2022

                                              JOHN D. EARLY
                                              United States Magistrate Judge