UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MICHAEL PAUL BARBER,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 5:21-cv-00241-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation (Dkt. 24), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $5,400.00 under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: March 17, 2022

_____
JOHN D. EARLY
United States Magistrate Judge